# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANDREW MCNEAL,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-349-ACA-JHE |
| **ALABAMA DEPARTMENT OF CORRECTIONS,** | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

On June 10, 2024, the magistrate judge entered a report recommending that the court dismiss this action without prejudice for failure to prosecute. (Doc. 8). The magistrate judge notified the parties of their right to object and warned them that failure to object waives the right to challenge on appeal any unobjected-to factual and legal conclusions. (*Id.* at 2–3). The deadline for objections has passed without receipt of any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

Pursuant to Federal Rule of Civil Procedure 41(b), the court therefore **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute. The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this July 3, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE